**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy Mayorga, | No. CV-12-1095-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Jeff Richards, Esq. et al., | |
| Defendants. | |

Pending before the Court is the parties' Notice of Settlement and Stipulation for Dismissal With Prejudice. (Doc. 25.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

DATED this 7th day of January, 2013.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
Senior United States District Judge