**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy Mayorga,<br><br>    Plaintiff,<br><br>vs.<br><br>Jeff Richards, Esq. et al.,<br><br>    Defendants. | No. CV-12-1095-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Notice of Settlement and Stipulation for Dismissal With Prejudice. (Doc. 25.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

DATED this 7th day of January, 2013.

Stephen M. McNamee
Senior United States District Judge